# Court of Appeals
# of the State of Georgia

ATLANTA, November 01, 2017

*The Court of Appeals hereby passes the following order*

## A18I0050. THE MAYOR AND ALDERMEN OF THE CITY OF SAVANNAH v. GREGORY RICHARD RONDEAU.

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

STCV1600439



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, November 01, 2017.*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*